# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRITTANY GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON CEDAR & SUPPLY CO., a Washington corporation,<br><br>Defendant. | Case No. 2:25-cv-00033-JHC<br><br>**ORDER** |

Having reviewed the Parties' Stipulated Motion to Extend Deadline to File Discovery Motions, Dkt. # 13, and for good cause shown, the Court hereby orders the following:

The deadline for filing motions related to discovery is extended to October 10, 2025.

All other deadlines in the Court's Scheduling Order (ECF. No. 12) remain unchanged.

IT IS SO ORDERED.

DATED this 9th day of September, 2025.

_____
John H. Chun
United States District Judge